DKK
F.# 2020R00582

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MOISES LUIS ZAGALA GONZALEZ,
  also known as "Nosophoros,"
  "Aesculapius" and
  "Nebuchadnezzar,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

[~~PROPOSED~~] O R D E R

21-M-276

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney David K. Kessler, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
              May 16, 2022

                                        *Marcia M. Henry*
                                        HONORABLE MARCIA M. HENRY
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK